# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TERICA CROSSLEY                                                                                   PLAINTIFF

V.                                    NO. 4:18-CV-00461-JM-JTR

ARKANSAS FLAG AND BANNER; and
KERRY MCCOY                                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Plaintiff's Complaint, *Doc. 2*, is DISMISSED, WITH PREJUDICE.

DATED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE