# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

TERICA CROSSLEY                                                                PLAINTIFF

V.                              NO. 4:18-CV-00461-JM-JTR

ARKANSAS FLAG AND BANNER; and
KERRY MCCOY                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's action is DISMISSED, with prejudice.

DATED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE